UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00026-MO |
| v. | INFORMATION |
| ROCIO GUTIERREZ, | 18 U.S.C. § 3146(a)(2),(b)(A)(i) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### (FAILURE TO SURRENDER FOR SERVICE OF SENTENCE)
### (18 U.S.C. §§ 3146(a)(2), (b)(A)(i))

On or about March 24, 2022, in the District of Oregon and elsewhere, defendant **ROCIO GUTIERREZ**, having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting surrender for service of sentence after conviction in the United States District Court of Oregon for a violation of Title 21, United States Code, Section 846, conspiracy to possess with intent to distribute and distribute controlled substances to use a communication facility and to maintain drug-involved premises, a class A felony punishable by up to life imprisonment, in Case Number 19-cr-361-IM-8, entitled United States v. Rocio Gutierrez, after conviction, and having been sentenced by the court to serve a sentence of 70 months imprisonment and having been directed by the court to surrender for service of sentence on

March 24, 2022, did knowingly and willfully fail to surrender for service of sentence as ordered by the court.

In violation of Title 18, United States Code, Sections 3146(a)(2) and (b)(A)(i).

Dated: January 25, 2024.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Paul T. Maloney*
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney